[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 15, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13929
Non-Argument Calendar

_____

D. C. Docket No. 05-80159-CR-DTKH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO ENRIQUE SERRANO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 15, 2007)**

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Arthur Wallace, appointed counsel for Pedro Serrano, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Serrano's conviction and sentence is **AFFIRMED**.  However, we discovered a scrivener's error in the judgment and, therefore, this case is **REMANDED** for the limited purpose of correcting the judgment so that it indicates that the statute of conviction was 21 U.S.C. § 846.